# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| KIARA WEST, | Case No. 2:24-cv-148-RWS-JCF |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT RENTGROW, INC. ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC. RENTGROW, INC., RESIDENT VERIFY, LLC; | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kiara West and Defendant RentGrow, Inc. ("RentGrow"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant RentGrow only. Plaintiff further requests that the Court retain jurisdiction for matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

- 1 -

Dated: September 30, 2024

By: */s/Jenna Dakroub*
Jenna Dakroub, GA #385021
CONSUMER ATTORNEYS
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

**CONSUMER ATTORNEYS**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff,*
*Kiara West*

### CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Chloe Lopez*
