IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KIARA WEST,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. RENTGROW, INC., RESIDENT VERIFY, LLC,<br><br>   Defendants. | Case No. 2:24-cv-148-RWS-JCF<br><br>**STIPULATION TO DISMISS ACTION AND ALL CLAIMS WITH PREJDUCE AGAINST DEFENDANT RENTGROW, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendants by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant RentGrow, Inc. only, with no fees or costs awarded by this Court.

RESPECTFULLY SUBMITTED this 11th day of October 2024.

        **SNELL & WILMER L.L.P.**

  By: *s/ Adam E. Lang*
    Erica J. Stutman (#629222)
    Adam E. Lang (ASB #022545)
    *\* admitted pro hac vice*
    1 E. Washington St., Suite 2700
    Phoenix, Arizona 85004-2556
    Telephone: 602.382.6000
    Facsimile:  602.382.6070
    alang@swlaw.com
    estutman@swlaw.com

    James P. Daniel (#204115)
    MILLER & MARTIN PLLC
    Regions Plaza Suite 2100
    1180 West Peachtree Street, N.W.
    Atlanta, Georgia 30309-3407
    Telephone: 404.962.6426
    Facsimile:  404.962.6326
    jimmy.daniel@millermartin.com

*Attorneys for Defendant RentGrow, Inc.*

## CONSUMER ATTORNEYS

By:  *s/ Jenna Dakroub*
    Jenna Dakroub, GA #385021
    260 Peachtree Street NW, Suite 2200
    Atlanta, GA 30303

*Attorney for Plaintiff Kiara West*

## LEACH & LOWE LLC

By:  *s/Stephen Gabriel Lowe*
    Stephen Gabriel Lowe
    750 Hammond Drive
    Building 19, Suite 300
    Atlanta, GA 30328
    slowe@lllawllc.com

*Attorney for Defendant Resident Verify, LLC*

## JONES DAY

By:  *s/Miriam Archibong*
    Miriam Idara Archibong
    150 W. Jefferson Ave., Suite 2100
    Detroit, MI 30309
    marchibong@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc.*