**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| KIARA WEST, | Case No. 2:24-cv-00148-RWS-JCF |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RESIDENT VERIFY, LLC, ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC. RENTGROW, INC., RESIDENT VERIFY, LLC | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kiara West and Defendant Resident Verify, LLC ("Resident Verify") by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Resident Verify only.

///

- 1 -

- 2 -

Respectfully submitted this 20th day of November 2024.

By: */s/Jenna Dakroub*
Jenna Dakroub, GA #385021
**CONSUMER ATTORNEYS**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

**CONSUMER ATTORNEYS**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff,*
*Kiara West*

**JONES DAY**

By:  */s/ Miriam I. Archibong*
Miriam I. Archibong (GA 395154, MI P87344)
Jones Day LLP
150 West Jefferson Street, Suite 2100
Detroit, MI 48226
Tel: 313.230.7903
Fax: 313.230.7997
Marchibong@Jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

By: */s/ Stephen G. Lowe*
Stephen G. Lowe
Georgia Bar No. 459955
**Leach & Lowe LLC**
750 Hammond Drive
Building 19, Suite 300
Atlanta, GA 30328
Telephone: 678.587.3831
Facsimile: 770.800.7190
slowe@lllawllc.com

Andrew C. Gresik
Wisconsin Bar No. 1104650
(*pro hac vice* application forthcoming)
Foley & Lardner LLP
150 East Gilman Street, Suite 5000
Madison, WI 53703
Telephone: 608.258.4235
Facsimile: 608.258.4258
agresik@foley.com

*Attorneys for Defendant*
*Resident Verify, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/ John Rev Catan*