# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| KIARA WEST,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., RENTGROW, INC., RESIDENT VERIFY, LLC<br><br>  Defendants. | Case No. 2:24-cv-00148-RWS-JCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kiara West and Defendant Experian Information Solutions, Inc. ("Experian") by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only.

///

Respectfully submitted this 5th day of December 2024.

By: */s/ Jenna Dakroub*
Jenna Dakroub, GA #385021
**CONSUMER ATTORNEYS**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

**CONSUMER ATTORNEYS**
8095 N. 85th Way
Scottsdale, AZ 85258

*Attorneys for Plaintiff*
*Kiara West*

**JONES DAY**

By:  */s/Miriam I. Archibong*
Miriam I. Archibong (GA 395154, MI P87344)
Jones Day LLP
150 West Jefferson Street, Suite 2100
Detroit, MI 48226
Tel: 313.230.7903
Fax: 313.230.7997
Marchibong@Jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

By: */s/Amanda Dakroub*